HOPE ANNE CASE (SBN 157089)
hcase@srclaw.com
**SACKS, RICKETTS & CASE LLP**
1900 Embarcadero Road, Suite 111
Palo Alto, California 94303
Telephone:   (650) 494-4950
Facsimile:   (650) 847-1520

ERIK T. JOHNSON (SBN 279940)
ejohnson@srclaw.com
**SACKS, RICKETTS & CASE LLP**
162 S. Rancho Santa Fe Road, Suite B-60
Encinitas, California, 92024
Telephone:   (858) 381-4890
Facsimile:   (858) 952-0617

*Attorneys for Defendant*
KOHANA COFFEE, LLC

ROBIN M. PEARSON (SBN 146704)
Robin.pearson@ropers.com
**ROPERS MAJESKI PC**
1904 Olympic Boulevard, Suite 8
Walnut Creek, California 94596
Telephone:   (925) 425-1411
Facsimile:   (925) 407-2742

*Attorneys for Plaintiff*
MICHAEL LUCAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL LUCAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KOHANA COFFEE, LLC,<br><br>　　　　Defendant. | Case No. 3:20-cv-08281-JD<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL OF KOHANA COFFEE, LLC**<br><br>Judge: Hon. James Donato |

---

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF KOHANA COFFEE, LLC**
**CASE NO. 3:20-cv-08281-JD**

Plaintiff Michael Lucas and Defendant Kohana Coffee, LLC ("Kohana") filed with the Court a Stipulation for Dismissal of the above captioned action in its entirety as against Kohana. Upon consideration of the Stipulation for Dismissal, and good cause appearing, IT IS HEREBY ORDERED as follows: the Stipulation for Dismissal is GRANTED and the above captioned action is dismissed in its entirety as against Kohana.

**IT IS SO ORDERED**

Dated: June 2, 2021

_____
Honorable
U.S. District Judge, Northern District of California

IT IS SO ORDERED
Judge James Donato